DAVID K. WILLINGHAM, (SBN 198874)
 *dwillingham@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone (213) 218-4005

Attorney for Defendant *Terren Scott Peizer*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-00089-DSF |
| Plaintiff, | **UNOPPOSED APPLICATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF RELEASE** |
| v. | |
| TERREN SCOTT PEIZER, | |
| Defendant. | |

1        Defendant Terren Scott Peizer hereby requests as follows:

2        On March 1, 2023, the parties appeared and agreed to Defendant Terren Scott Peizer's conditions of release, which included a provision restricting Mr. Peizer's travel to the Central District of California and Puerto Rico. *See* CR 9. In addition, because Mr. Peizer is in a Location Monitoring Program, court permission is required for any domestic travel. *See id*. While the parties have agreed – and the Court has ordered – certain modifications to the conditions of Mr. Peizer's release, the above-referenced travel restrictions remain. *See* CR 48. The Court previously granted temporary modifications to these travel restrictions for Mr. Peizer to travel throughout California, and such travel took place without incident. *See* CR 54 and 55. Since his release on bond, Mr. Peizer has been compliant with the terms and conditions of his pre-trial release.

Mr. Peizer wishes to have a number of in-person meetings with his counsel over the next few months, many of whom are on the East Coast. Mr. Peizer also has professional obligations over the next several months in locations throughout the continental United States that he would also, respectfully, wish to attend in person.

Counsel for Mr. Peizer has conferred with the Government, who has informed counsel that it has no objection to my moving the Court to amend Mr. Peizer's conditions of release so that he may travel within the continental United States, without curfew restrictions, with notice to and permission from Pretrial Services (and without also permission from the Court).

Accordingly, for the reasons stated above, Mr. Peizer respectfully requests through this application that the Court amend Mr. Peizer's Conditions of Release to amend the restriction on Mr. Peizer's travel so that he may travel within the continental United States, without curfew restrictions, with notice to and permission from Pretrial Services and without further order from the Court.

/ /

/ /

Respectfully submitted,

Dated: July 10, 2023

**KING & SPALDING LLP**

By: */s/ David K. Willingham*
     David K. Willingham
     *Attorney for Terren Scott Peizer*