UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:23-cr-00089-DSF-1                                        Date: 03/4/2024

Present: The Honorable: Maria A. Audero, U.S. Magistrate Judge

Interpreter N/A                                        Language N/A

| Teagan Snyder | CS 03/04/2024 | Ali Moghaddas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present  Released on Bond            Attorneys for Defendants:   ✔ Present  Retained

Terren Scott Peizer                                        David Karl Willingham

**Proceedings: Arraignment of**   ✔ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                  **Initial Appearance**

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Dale S. Fischer.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 6/24/2024 8:30 AM;
Pre-Trial Conference: 5/20/2024 8:30 AM
* The parties are referred to Judge Fischer's Procedures and Schedules to obtain a copy of the judge's discovery
order located on the Court's website at www.cacd.uscourts.gov. Judge Fischer is located in 7D, Los Angeles
-United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA            **Initial Appearance/Appointment of Counsel:** 00      : 00
     USMLA        USMED        USMSA
     Statistics Clerk          Interpreter                                  **Arraignment:** 00      : 02
     CJA Supervising Attorney   Fiscal        **Initials of Deputy Clerk:** TS by TRB