# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERREN SCOTT PEIZER, <br><br> Defendant. | Case No. 2:23-cr-00089(A)-DSF <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE ABOUT CHANGES TO ONTRAK'S INSIDER TRADING POLICY AS A SUBSEQUENT REMEDIAL MEASURE (Dkt. 138)** <br><br> The Honorable Dale S. Fischer <br><br> Trial Date: June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Exhibit 2 | Entire document |
| Exhibit 3 | Entire document |
| Exhibit 4 | Entire document |
| Exhibit 5 | Entire document |
| Exhibit 6 | Entire document |
| Exhibit 7 | Entire document |
| Exhibit 8 | Entire document |
| Exhibit 9 | Entire document |
| Exhibit 10 | Entire document |
| Exhibit 11 | Entire document |
| Exhibit 12 | Entire document |
| Exhibit 13 | Entire document |

The documents to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibits 2-13 to the Declaration of David K. Willingham in Support of Defendant's Motion in Limine No. 1 to Exclude Evidence About Changes to Ontrak's Insider Trading Policy as a Subsequent Remedial Measure described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE