| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00089(A)-DSF |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE GOVERNMENT EXPERTS (Dkt. 139)** |
| v. | |
| TERREN SCOTT PEIZER, | |
| Defendant. | The Honorable Dale S. Fischer |
| | Trial Date:  June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Exhibit 5 | Entire document |
| Exhibit 16 | Entire document |
| Exhibit 17 | Entire document |
| Exhibit 18 | Entire document |
| Exhibit 19 | Entire document |
| Exhibit 21 | Entire document |

The documents to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibits 5, 16-19, and 21 to the Declaration of David K. Willingham in Support of Defendant's Motion in Limine No. 2 to Exclude Government Experts described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE