**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TERREN SCOTT PEIZER,<br><br>            Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE NON-EXPERT EVIDENCE OF MATERIALITY PROPOSED BY ANALYSTS AND EISNERAMPER (Dkt. 141)**<br><br>The Honorable Dale S. Fischer<br><br>Trial Date:  June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Exhibit 31 | Entire document |
| Exhibit 32 | Entire document |
| Exhibit 33 | Entire document |
| Exhibit 34 | Entire document |
| Exhibit 35 | Entire document |
| Exhibit 36 | Entire document |

The documents to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibits 31-36 to the Declaration of David K. Willingham in Support of Defendant's Motion in Limine No. 4 to Exclude Non-Expert Evidence of Materiality Proposed by Analysts and EisnerAmper described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE