|  |
|--|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERREN SCOTT PEIZER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S MOTION TO SUPPRESS AND EXHIBITS (Dkt. 144)**<br><br>The Honorable Dale S. Fischer<br><br>Trial Date:　June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Exhibit 1 | Entire document |
| Exhibit 2 | Entire document |

The documents to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibits 1 and 2 to the Declaration of David K. Willingham in Support of Defendant's Motion to Suppress described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE