1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TERREN SCOTT PEIZER,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING DEFENDANT TERREN SCOTT PEIZER'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO AND PORTIONS OF DEFENDANT'S REPLY IN SUPPORT OF MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE ABOUT CHANGES TO ONTRAK'S INSIDER TRADING POLICY AS A SUBSEQUENT REMEDIAL MEASURE (Dkt. 175)**<br><br>The Honorable Dale S. Fischer<br><br>Trial Date:  June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| **Document To Be Sealed** | **Exhibit** |
|---|---|
| Defendant's Reply in Support of Motion in Limine No. 1 to Exclude Evidence About Changes to Ontrak's Insider Trading Policy as a Subsequent Remedial Measure | Portions identified in blue highlighting, which contain quotes and descriptions of documents subject to the Court's Protective Order |
| Exhibit 1 | Entire document |

The document and portions of the document to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibit 1 to the Declaration of David K. Willingham in Support of Defendant's Reply in Support of Motion in Limine No. 1 to Exclude Evidence About Changes to Ontrak's Insider Trading Policy as a Subsequent Remedial Measure and the identified portions of Defendant's Reply in Support of Motion in Limine No. 1 to Exclude Evidence About Changes to Ontrak's Insider Trading Policy as a Subsequent Remedial Measure described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE