## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TERREN SCOTT PEIZER,<br><br>        Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT TO DEFENDANT'S REPLY IN SUPPORT OF MOTION IN LIMINE NO. 2 TO EXCLUDE GOVERNMENT EXPERT TESTIMONY (Dkt. 176)**<br><br>The Honorable Dale S. Fischer<br><br>Trial Date:  June 4, 2024 |

1  The Court, having considered Defendant Terren Peizer's Application, the
2  Memorandum of Points and Authorities in Support Thereof, and the Declaration of Jamie
3  A. Lang in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Exhibit 1 | Entire document |

The document to be sealed contains information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and Exhibit 1 to the Declaration of Jamie A. Lang in Support of Defendant's Reply in Support of Motion in Limine No. 2 to Exclude Government Expert Testimony described herein is to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE