UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERREN SCOTT PEIZER,<br><br>    Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**ORDER GRANTING DEFENDANT TERREN SCOTT PEIZER'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE (Dkt. 178)**<br><br>The Honorable Dale S. Fischer<br><br>Trial Date:  June 4, 2024 |

The Court, having considered Defendant Terren Peizer's Application, the Memorandum of Points and Authorities in Support Thereof, and the Declaration of David K. Willingham in Support Thereof, hereby rules as follows:

| Document To Be Sealed | Portion To Be Sealed |
|---|---|
| Defendant's Reply in Support of Motion to Suppress Evidence | Portions identified in blue highlighting, which contain quotes and descriptions of documents subject to the Court's Protective Order |

The portions of the document to be sealed contain information subject to the protective order in this case.

This Court accordingly holds that the Application is GRANTED and the portions of Defendant's Reply in Support of Motion to Suppress Evidence described herein are to be filed under seal.

**IT IS SO ORDERED.**

DATED: May 17, 2024

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE