# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 23-00089(A)-DSF |
| Date | June 4, 2024 |
| Present: The Honorable | Dale S. Fischer, U.S. District Judge |
| Interpreter | N/A |

| Patricia Kim | Pat Cuneo | Ali Moghaddas, Matthew S. Reilly, Della G. Sentilles |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Terren Scott Peizer | X | ☐ | X | David K. Willingham | X | ☐ | X |
| | | | | Stephen R. Cook | X | ☐ | X |
| | | | | Yelena Kotlarsky | X | ☐ | X |
| | | | | Jamie A. Lang | X | ☐ | X |

\_\_\_\_ Day COURT TRIAL          1st Day JURY TRIAL          \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   X Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

X Opening statements made by Government, Defendant

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified          \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.          \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made          \_\_\_\_ Court instructs jury          \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused          \_\_\_\_ Jury retires to deliberate          \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

\_\_\_\_ Jury polled          \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists     \_\_\_\_ Filed Jury notes     \_\_\_\_ Filed Jury Instructions     \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft #    \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft #    \_\_\_\_ remanded to custody.    \_\_\_\_ Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to June 6, 2024 at 7:45 a.m. for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                                                      6 : 42
                                                                    Initials of Deputy Clerk pk