UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
6/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___pk___ DEPUTY

Case No. CR 23-00089 DSF            Date: 6/20/24

Time: 2:00

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__✓__  THE JURY REQUESTS THE FOLLOWING:

THE FBI INTERVIEW WITH MR PEIZER ~~VIDEO~~ AUDIO AT HIS HOME

SIGNED: _____
FOREPERSON OF THE JURY