FILED
CLERK, U.S. DISTRICT COURT

6/21/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ pk _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 23-00089 DSF                     Date: 6/21/

                                             Time: 9.00 AM

JURY NOTE NUMBER __2__

_____     THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___     THE JURY REQUESTS THE FOLLOWING:

CLARIFICATION ON COUNT 1, 2 & 3

CAN THE DEFENDENT BE GUILTY
OR NOT GUILTY INDEPENDENT
OF EACH COUNT

SIGNED: _____
            FOREPERSON OF THE JURY