UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00089(A)-DSF |
|---|---|
| Plaintiff, | [PROPOSED] MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT TERREN SCOTT PEIZER |
| v. | |
| TERREN SCOTT PEIZER, | |
| Defendant. | |

The United States has filed an Application for Entry of Money Judgment of Forfeiture against TERREN SCOTT PEIZER ("defendant") in the amount of $12,711,324 pursuant to Federal Rule of Criminal Procedure 32.2.  Rule 32.2 provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant shall forfeit to the United States the sum of $12,711,324.  Defendant shall be liable for the entire amount of the judgment.

///

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Money Judgment of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the defendant's sentence and included in the judgment and commitment order.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $12,711,324 to satisfy the money judgment in whole or in part.

_____          _____
DATE                                     HONORABLE DALE S. FISCHER
                                         UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


 /s/ Jonathan Galatzan
_____
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture &
Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2