| | |
|---|---|
| DAVID K. WILLINGHAM (SBN 198874)<br>  dwillingham@kslaw.com<br>JAMIE A. LANG (SBN 253769)<br>  jlang@kslaw.com<br>**KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone (213) 218-4005<br>YELENA KOTLARSKY<br>(*pro hac vice*)<br>  ykotlarsky@kslaw.com<br>JOSEPH L. ZALES<br>(*pro hac vice*)<br>  jzales@kslaw.com<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas,<br>34th Floor<br>New York, NY 10036<br>Telephone (212) 556-2207<br><br>PAUL J. WATFORD<br>pwatford@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI**<br>953 E 3rd St, Ste 100<br>Los Angeles, CA 90013<br>Telephone (323) 210-2951 | STEPHEN A. BEST<br>(*pro hac vice*)<br>  sbest@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>601 13th St NW, Suite 600<br>Washington, DC 20005<br>Telephone (202) 536-1737<br>ANGELA M. PAPALASKARIS<br>(*pro hac vice*)<br>  apapalaskaris@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone (212) 209-4817<br>STEPHEN COOK (SBN 204446)<br>  scook@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>Telephone (949) 440-0215 |

Attorneys for Defendant *Terren Scott Peizer*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERREN SCOTT PEIZER<br><br>    Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**PROOF OF SERVICE OF UNDER SEAL DOCUMENTS** |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

On January 29, 2025, I served the following documents in the manner described below:

1. **DEFENDANT'S SENTENCING RESPONSE (HIGHLIGHTED PORTIONS).**

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

On the following part(ies) in this action:

Ali Moghaddas
AUSA - Office of US Attorney
General Crimes Section
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-1786
Fax: 213-894-0141
Email: ali.moghaddas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Matthew Shawn Reilly
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-320-8523
Email: matthew.reilly2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Della Sentilles
US Department of Justice, Criminal Division, Fraud
1400 New York Avenue, NW
Washington, DC 20005
202-538-1479
Email: della.sentilles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Stephen A. Best
Brown Rudnick LLP
601 13th St NW, Suite 600
Washington, DC 20005
Telephone (202) 536-1737
Email: sbest@brownrudnick.com

Stephen R. Cook
Brown Rudnick LLP
2211 Michaelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 440-0215
Email: scook@brownrudnick.com

Angela M. Papalaskaris
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Telephone (212) 209-4817
Email: apapalaskaris@brownrudnick.com

    I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 29th day of January 2025, at Los Angeles.

_____
Mina Tunson