| | |
|---|---|
| DAVID K. WILLINGHAM (SBN 198874)<br>  dwillingham@kslaw.com<br>JAMIE A. LANG (SBN 253769)<br>  jlang@kslaw.com<br>PAUL J. WATFORD<br>  pwatford@kslaw.com<br>**KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone (213) 218-4005<br>YELENA KOTLARSKY<br>(*pro hac vice*)<br>  ykotlarsky@kslaw.com<br>JOSEPH L. ZALES<br>(*pro hac vice*)<br>  jzales@kslaw.com<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas,<br>34th Floor<br>New York, NY 10036<br>Telephone (212) 556-2207 | STEPHEN A. BEST<br>(*pro hac vice*)<br>  sbest@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>601 13th St NW, Suite 600<br>Washington, DC 20005<br>Telephone (202) 536-1737<br>ANGELA M. PAPALASKARIS<br>(*pro hac vice*)<br>  apapalaskaris@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone (212) 209-4817<br>STEPHEN COOK (SBN 204446)<br>  scook@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>Telephone (949) 440-0215 |

Attorneys for Defendant *Terren Scott Peizer*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TERREN SCOTT PEIZER<br><br>             Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**STIPULATION RE: FORFEITURE HEARING AND BRIEFING SCHEDULE** |

STIPULATION RE: FORFEITURE HEARING AND BRIEFING SCHEDULE

Plaintiff United States of America, by and through its counsel of record, Trial Attorney Matthew Reilly and Assistant United States Attorneys Brett Sagel and Jonathan Galatzan, and defendant Terren Scott Peizer, by and through his counsel of record, hereby stipulate as follows:

1. On February 18, 2025, the Court notified the parties that before Mr. Peizer's sentencing can proceed, it must hold a hearing regarding the government's Application for Entry of Money Judgment of Forfeiture (Dkt. 387). The Court vacated the sentencing hearing and directed the parties to meet and confer and propose dates for any future filings and a hearing on the forfeiture issue. (Dkt. 408.)

2. The parties met and conferred, and hereby stipulate to the following schedule:

    a. By no later than April 7, 2025, each party shall file a supplemental brief regarding issues relating to forfeiture of no more than seven pages.

    b. A hearing regarding forfeiture shall be held on April 28, 2025.

IT IS SO STIPULATED.

DATED: January 13, 2025        Respectfully submitted,

    By: */s/David K. Willingham*
        KING & SPALDING LLP
        DAVID K. WILLINGHAM
        PAUL J. WATFORD
        JAMIE A. LANG
        YELENA KOTLARSKY
        JOSEPH L. ZALES

        BROWN RUDNICK LLP
        STEPHEN A. BEST
        ANGELA M. PAPALASKARIS
        STEPHEN COOK

    *ATTORNEYS FOR DEFENDANT TERREN SCOTT PEIZER*

1
STIPULATION RE: FORFEITURE HEARING AND BRIEFING SCHEDULE

| | |
|---|---|
| DATED: January 13, 2025 | GLENN S. LEON<br>Chief<br>Fraud Section, Criminal Division<br><br>*/s/ with permission by email*<br>MATTHEW S. REILLY<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

## **ATTESTATION**

I, David K. Willingham, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

| | |
|---|---|
| Dated: March 6, 2025 | */s/David K. Willingham*<br>David K. Willingham |