1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00089(A)-DSF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE: FORFEITURE HEARING AND BRIEFING SCHEDULE** |
| v. | |
| TERREN SCOTT PEIZER, | |
| Defendant. | The Honorable Dale S. Fischer |

1    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

2    1.    By no later than April 7, 2025, each party shall file a supplemental brief
3    regarding issues relating to forfeiture of no more than seven pages.

4    2.    A forfeiture hearing shall be held on April 28, 2025 at 8:30 a.m.

6    **IT IS SO ORDERED.**

8    DATED:

                                                THE HONORABLE DALE S. FISCHER
                                                UNITED STATES DISTRICT JUDGE