UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-00089 DSF | Date | August 4, 2025 |
|---|---|---|---|
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Patricia Kim | Marea Woolrich | Matthew S. Reilly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Terren Scott Peizer | √ | | √ | David K. Willingham | √ | | √ |
| | | | | Isabel Bussarakum | √ | | √ |

**Proceedings:**  MOTION HEARING (Held and Completed)

MOTION FOR BOND PENDING APPEAL [425]

The matter is called and counsel state their appearances.

Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.   Arguments by counsel are heard.

The parties are to submit a proposed order in accordance with the Court's instructions.