cc: USPO
cc: Fiscal Section

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERREN SCOTT MR. PEIZER,<br><br>　　　　　　Defendant. | Case No. 2:23-CR-00089(A)-DSF<br><br>**ORDER GRANTING DEFENDANT TERREN SCOTT PEIZER'S MOTION FOR BOND PENDING APPEAL** |

Having considered the briefing on Defendant Terren Scott Peizer's Motion for Bond Pending Appeal (Dkts. 425, 435, 437), the relevant legal authority, the record in this case, and oral argument at the hearing on August 4, 2025 (Dkt. 453), the Court HEREBY GRANTS Mr. Peizer's Motion.

Pursuant to 18 U.S.C. § 3143(b), release pending appeal should be granted if the Court finds (1) "by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person in the community if released," and (2) "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in [] reversal [or] an order for a new trial."  Here, the Court finds that both prongs are satisfied for the reasons stated at the August 4, 2025 hearing.  In addition, the Joint Amended Order Staying Enforcement of Criminal Monetary Penalties provides additional security against flight.  (Dkt. 454 at 4, ¶ g.)

Accordingly, the Court GRANTS Mr. Peizer's Motion for Bond Pending Appeal, and vacates the August 20, 2025 self-surrender date.  Pending the resolution of his appeal, Mr. Peizer shall continue to abide by the pretrial release conditions previously imposed.

**IT IS SO ORDERED.**

DATED: August 18, 2025

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE