DAVID K. WILLINGHAM (SBN 198874)
 *dwillingham@kslaw.com*
PAUL J. WATFORD (SBN 183283)
 *pwatford@kslaw.com*
JAMIE A. LANG (SBN 253769)
 *jlang@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone (213) 218-4005
YELENA KOTLARSKY
(*pro hac vice*)
 *ykotlarsky@kslaw.com*
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone (212) 556-2207

STEPHEN A. BEST (*pro hac vice*)
 *sbest@brownrudnick.com*
**BROWN RUDNICK LLP**
601 13th St NW, Suite 600
Washington, DC 20005
Telephone (202) 536-1737
ANGELA M. PAPALASKARIS
(*pro hac vice*)
 *apapalaskaris@brownrudnick.com*
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone (212) 209-4817
STEPHEN COOK (SBN 204446)
 *scook@brownrudnick.com*
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone (949) 440-0215

Attorneys for Defendant *Terren Scott Peizer*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERREN SCOTT PEIZER<br><br>Defendant. | Case No. 2:23-cr-00089(A)-DSF<br><br>**STATUS REPORT RE: ADDITIONAL SECURITY FOR STAY OF FINANCIAL PENALTIES** |

Pursuant to the Joint Amended Order Saying Enforcement of Criminal Monetary Penalties (Dkt. 454), Defendant Terren Scott Peizer hereby submits this status report confirming that 1,806,227 shares of Federal National Mortgage Association were transferred, on August 19, 2025, to a segregated brokerage account at Oppenheimer & Co. Inc. ending in -1881.

DATED: August 20, 2025          Respectfully submitted,

           By:  /s/David K. Willingham
              KING & SPALDING LLP
              DAVID K. WILLINGHAM
              PAUL J. WATFORD
              JAMIE A. LANG
              YELENA KOTLARSKY

              *ATTORNEYS FOR DEFENDANT TERREN SCOTT PEIZER*